IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CV-201-FL

| | | |
|---|---|---|
| GRANT A. KYLE and BLUGUISE, LLC | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| KELLY MCDOUGALL; TECHNOLOGY FUSION, LLC; and TEK FUSION GLOBAL, INC., | ) ) ) ) | |
| Defendants. | ) | |

This matter comes before the court on plaintiffs' motion to stay briefing on defendants' motion to transfer case, or, alternatively, for an extension of time to respond to defendants' motion. (DE 14). The motion states that defendants oppose the request for stay, but do not oppose plaintiffs' request for an extension of time.

Having considered the issues presented, the court finds good cause to GRANT plaintiffs' motion in the alternative for an extension. Plaintiffs shall have until May 28, 2014, to respond to defendants' motion to transfer. Accordingly, plaintiffs' request for stay is DENIED.

SO ORDERED, this the 28th day of April, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge